USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROBERT PICARDI,                                                   :
                                                                  :
                          Plaintiff,                              :
                                                                  :    20-cv-5315 (LJL)
            -v-                                                   :
                                                                  :    ORDER
COMMISSIONER OF SOCIAL SECURITY,                                  :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    On October 18, 2021, Magistrate Judge Fox issued a Report and Recommendation recommending that the Court grant Plaintiff's motion for judgment on the pleadings and deny the Commissioner's cross-motion for judgment on the pleadings. Dkt. No. 22. Magistrate Judge Fox advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation, and no such objections have been filed.

    In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

    The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its

entirety and GRANTS Plaintiff's motion for judgment on the pleadings, DENIES the Commissioner's motion for judgment on the pleadings, and REMANDS the matter to the Commissioner.

    The Clerk of Court is respectfully directed to close the case and terminate all pending motions.

    SO ORDERED.

Dated: November 4, 2021  
       New York, New York

                                      LEWIS J. LIMAN  
                               United States District Judge