UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT PICARDI,

                    Plaintiff,                    20 **CIVIL** 3515 (LJL)

    -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated November 4, 2021, the Report and Recommendation is ADOPTED in its entirety and GRANTS Plaintiff's motion for judgment on the pleadings, DENIES the Commissioner's motion for judgment on the pleadings, and REMANDS the matter to the Commissioner; accordingly, the case is closed.

**Dated:**  New York, New York
           November 5, 2021

                                                         **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                    **BY:**

                                                           **Deputy Clerk**